# EXHIBIT A

## S.S.B Contact List

| | |
|---|---|
| Triple OG RedRum | 14100 McMullen Hwy SW Cumberland, MD 21502 #300117 |
| OG Killa Brim | 14100 McMullen Hwy SW Cumberland, MD 21502 #277558 |
| OG Brim Dawg | 18701 Roxbury Road Hagerstown, MD 21746 #252394 |
| OG Gutta Brim | (443) 712-1062 |
| OG Hartless Brim | (410) 940-1637 or Contact Baby OG Slikk |
| OG Biggie Brim | (443) 742-4223 |
| OG SnakeEyes Brim | Nottoway Correctional Center P.O. Box 488 Burkeville, VA 23922 ##395615 |
| OG Mikk Brim | (803) 133-7777 |

G-Wall Homies

| | | |
|---|---|---|
| Richmond City Jail | 1701 Fairfield Way Richmond, VA 23224 | #111952 – Menace |
| Mecklenburg Corr. Center | 960 Prison Road Boydton, VA 23917 | #395693 – Black Ryda #260703 – K-Dawg #395042 – Jazzy |
| Pocahontas State Corr. Center | 920 Old River Road P.O. Box 518 Pocahontas, VA 24635 | #588878 – Jazzy |
| | 30420 Revell Neck Road Westover, MD 21890 | #330150 – Anxious #351637 – Sly #335992 – Looney #277827 – Sinister #344500 – Scarface |
| | JCI – P.O. Box 534 Jessup, MD 20794 | #334836 – CK |
| | MCI-J – P.O. Box 549 Jessup, MD 20794 | #345147 – Bones #354393 – Blokk |
| | 18701 Roxbury Road Hagerstown, MD 21746 | #339004 – Kapo #356741 – Sadom |
| | 18800 Roxbury Road Hagerstown, MD 21746 | #339869 – Blokk Head #358567 – Rider |
| | 18601 Roxbury Road Hagerstown, MD 21746 | #351710 – J-Brim #350417 – Ruthless #356017 – Nightmare #358569 – Redz #342761 – Face/Bout It #359040 – Scotty |
| | 13800 McMullen Hwy SW Cumberland, MD 21502 | #525542 – Ghost #291481 – Bizzy #343467 – Lago #339129 – Haitian #322915 – Lukky |
| | 14100 McMullen Hwy SW | #322681 – Butta |

## S.S.B Contact List   13-0534 TJS

G-World Homies

### Baltimore

| Name | Contact |
|---|---|
|  | (410) 940-4277 |
| Baby OG Savage | (443) 455-2577 |
| First Lady K-Starr | (443) 925-1789 |
| OYG Bloody | (410) 500-1735 |
| OYG 8-Ball | (410) 710-4008 |
| OYG Trigger | Contact First Lady K-Starr |
| OYG Lumberjack | (443) 925-4808 |
| OYG Silent | (410) 662-3340 |
| YG Gangsta | Contact First Lady K-Starr |
| YG Ghost | Contact OYG 8-Ball |
| YG Remorse | (443) 914-7939 |
| OBG Banger | (443) 378-1078 or Contact OYG 8-Ball |
| OBG Sin | Contact OYG 8-Ball |
| OBG Breathtaker | (443) 577-6258 |
| OBG Skoles | (410) 542-3151 or Contact OYG 8-Ball |
| BG Lunatik | (410) 282-4571 or Contact OYG 8-Ball |
| BG Pistol | (619) 318-0363 |
| BG Rampage | (443) 736-9107 or Contact OBG Banger |
| BG Brooklyn | (442) 277-5955 |
| BG Top Hat | (443) 271-1464 |
| BG Soar & Red Ghost | (443) 957-0553 or Contact OYG Silent |
| BG Stakkes | (443) 378-2254 or Contact First Lady K-Starr |
| BG Weezy |  |

### Eastern Shore/Salisbury

| Name | Contact |
|---|---|
|  | (410) 443-2744 |
| Baby OG Slikk | (443) 783-1883 |
| OYG Satah | (443) 262-6581 |
| OYG Bullett | (443) 786-8488 |
| OYG Murder | (410) 725-6818 |
| YG Ruger | (410) 690-6821 |
| YG Bully | (443) 200-5328 |
| YG Baller | (443) 477-4236 |
| YG Bridge | (410) 443-4114 |
| OBG Real Redz | Contact Baby OG Slikk |
| OBG Ratchett | (443) 988-3260 |
| OBG Bitty | (410) 419-5612 |
| OBG Hood | (410) 928-6099 |
| BG Wolf | (443) 988-3668 |
| BG Bandana | (443) 262-2984 |
| BG Spider | (443) 988-3111 |
| BG Young Savage | (302) 604-3147 |
| Brinnnette Redz |  |

### Frederick

| Name | Contact |
|---|---|
|  | (301) 305-7005 |
| Baby OG B-Gizzle | (301) 556-6558 |
| OYG Peedi Crack | (301) 418-3413 |
| OYG Hell Rell | (240) 215-7919 |
| YG Botz | (240) 285-6635 |
| YG JK | (410) 500-7158 |
| YG Tone Tone | (240) 544-3804 |
| OBG Big Figiddy | (240) 396-8341 |
| OBG Jim Jones | (301) 712-0788 |
| OBG Ckel | (678) 586-0505 |
| OBG KD | (301) 605-3533 |
| OBG Blaze | (240) 593-5003 |
| BG Ckass |  |

## S.S.B Contact List

| Name | Phone |
|---|---|
| BG Tim | (301) 556-6315 |
| BG Inferred Red | (240) 529-3910 |
| BG Jon Jon | (240) 723-8355 |
| **Southern MD** | |
| Baby OG Solo | (240) 683-6575 |
| First Lady Platinum | (240) 330-3551 |
| YG Do Dirty | (202) 553-9668 or Contact Baby OG Solo |
| OBG Braveheart | (202) 361-8273 |
| BG Mak | (202) 320-3763 |
| BG OJ | (202) 292-9403 |
| BG Diesel | (301) 404-5999 |
| BG Winko | (202) 487-6746 |
| **Howard County** | |
| Baby OG Renegade | (202) 386-4835 |
| Baby OG Trap | (240) 678-2794 |
| OYG Wakko | (803) 225-3228 |
| OYG Fresh | (443) 740-7937 |
| Naughty | (443) 452-4764 |
| Blokk | (410) 782-9782 |
| Yung Gunna | (443) 220-1203 |
| Bloody K | (443) 805-9218 |
| Doza | (410) 782-9782 |
| Wes | Contact Baby OG Trap |
| Yung Max | (240) 523-7420 |
| **New York** | |
| Hulk | (484) 464-3708 |
| First Lady Queen | (917) 749-7219 |
| Massakre | (347) 476-0371 |
| Harlem | (646) 633-7638 |
| Drama | (347) 571-7233 |